UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DAMEL MARCUS,

                Defendant.

21-CR-93 (VM)

PART I – before Hon. Sidney H. Stein

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Thursday, March 21 at 3:30 PM in Courtroom 23A regarding the appeal of defendant's bail disposition.

Dated: New York, New York
       March 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.