UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DAMEL MARCUS,

            Defendant.

21-CR-93 (VM)

PART I – before Hon. Sidney H. Stein

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Having held a hearing with counsel for all parties present, the Court HEREBY AFFIRMS the bail disposition of Magistrate Judge Gary Stein, entered on March 20, 2024.

Dated: New York, New York
       March 21, 2024

                              SO ORDERED:

                              *[signature]*

                            Sidney H. Stein, U.S.D.J.