```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DAMEL MARCUS, et al.,

Defendants.

**21 Cr. 93 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant Damel Marcus's Renewed Bail Application based on new facts (<u>See</u> Dkt. No. 218.) The application is **DENIED** without prejudice. The parties are directed to raise this dispute to Magistrate Court in the first instance.

**SO ORDERED.**

Dated:    27 September 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.