**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

                    - against -

DAMEL MARCUS, et al.

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2024

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Damel Marcus's appeal of his denial of bail (Dkt. No. 221) is hereby scheduled for a hearing on November 15, 2024, at 2:00 PM.

**SO ORDERED.**

Dated:    24 October 2024
          New York, New York

_____
          Victor Marrero
          U.S.D.J.

1