```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- against -

DAMEL MARCUS, et al.,

              Defendants.

21 Cr. 93 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Mr. Marcus's ("Defendant") bail appeal hearing scheduled for November 15, 2024, at 2:00 PM is hereby adjourned to November 22, 2024, at 10:00 AM.

    The Government is directed to submit a letter response to Defendant's September 23, 2024 letter (Dkt. No. 218) by November 19, 2024.

**SO ORDERED.**

Dated:    13 November 2024
           New York, New York

                                              _____
                                                Victor Marrero
                                                  U.S.D.J.