```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

          - against -

DAMEL MARCUS,

               Defendant.

---

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules sentencing in the above-captioned matter on June 12, 2026, at 11:30 AM.

**SO ORDERED.**

Dated:    28 April 2026
          New York, New York

                                      Victor Marrero
                                      U.S.D.J.